IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND, and OPERATING ENGINEERS LOCAL UNION NO. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>    Plaintiffs,<br><br>  v.<br><br>AAA CONSTRUCTION GROUP, INC., a California corporation,<br><br>    Defendant.<br>_____/ | No. C 10-01376 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** plaintiffs' request to continue the case management conference for ninety days.

**IT IS SO ORDERED.**

Dated: July 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE